IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ M___ D.C.

05 JUN 15 PM 3:41

CLERK, U.S. DIST. CT.
W.D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

MORDICAL OWENS                                          05cr20114-Ma
a/k/a Monica Owens, Mordica Owens, and
Shauntil Farrow

## ORDER ON ARRAIGNMENT

This cause came to be heard on _June 15, 2005_ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _L. Ballin_ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

✓ The defendant, who is not in custody, may stand on his present bond.

___ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_____
UNITED STATES MAGISTRATE JUDGE

CHARGES - 18:1029(a)(2); PRODUCES/TRAFFICS IN
COUNTERFEIT DEVICE

Attorney assigned to Case: C. McMullen

Age: 32

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _6-16-05_

(8)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CR-20114 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT