PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

FILED BY _____ D.C.

05 JUL -7 AM 6: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs ) | |
| ) | |
| Mordical Owens ) | Case No. 05-20114-001 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Mordical Owens, have discussed with Loretta Fleming, Pretrial Services/Probation Officer, modification of my release conditions as follows:

1. No access to personal identification information

I consent to this modification of my release conditions and agree to abide by this modification.

_Mordical Owens_  6-10-05    _Loretta Fleming_  6/10/05
Signature of Defendant    Date    Pretrial Services/Probation Officer    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  7-6-05
Signature of Defense Counsel    Date

[X] The above modification of conditions of release is ordered, to be effective on July 6, 2005

[ ] The above modification of conditions of release is <u>not</u> ordered.

_____  July 6, 2005
Signature of Judicial Officer    Date

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-12-05

(13)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CR-20114 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT