IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. NO. 05-20114-Ma |
| | ) | |
| MORDICAL OWENS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY**

This cause came on for a report date on October 28, 2005. Defense requested a continuance in order to allow for additional time to prepare.

The Court granted the request and continued the trial to the rotation docket beginning Monday, December 5, 2005 at 9:30 a.m. with a report date of Wednesday, November 23, 2005 at 2:00 p.m.

The period from October 28, 2005 through December 16, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the interests of justice in allowing additional time to prepare outweigh the need for a speedy trial.

**IT IS SO ORDERED** this _23d_ day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _11-28-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CR-20114 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT