IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⎯⎯ D.C.

05 DEC -9 PM 5: 35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CR. NO. 05-20114-01-Ma |
| ) | |
| MORDICAL OWENS, ) | |
| ) | |
| Defendant. ) | |

### ORDER ON CHANGE OF PLEA

This cause came on to be heard on December 8, 2005, the United States Attorney for this district appearing for the Government and the defendant, Mordical Owens, appearing in person and with retained counsel, Mr. Gray Bartlett.

With leave of the Court, the defendant entered a plea of guilty to Count 1 of the Indictment. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this matter is set for **Friday, March 17, 2006 at 2:30 p.m.**

The defendant may remain on her present bond pending sentencing.

**ENTERED** this the 8th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

entered on the docket sheet in compliance
32(b) FRCrP on ___12-13-05___

25

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CR-20114 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT